AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA



**RECEIVED**
By usms at 2:43 pm, Feb 25, 2022

UNITED STATES OF AMERICA,

    vs.

**WARRANT FOR ARREST**

CLAY MICHAEL WEIBEL
a/k/a Clayton Weibel

CASE NO. 1:21-CR-231-TCB-CMS

**AGENT TO ARREST**

To:  The United States Marshal
     and any Authorized United States Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 13 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**YOU ARE HEREBY COMMANDED** to arrest CLAY MICHAEL WEIBEL a/k/a Clayton Weibel and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ SS Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense):  Conspiracy to Defraud the United States

in violation of **Title 18, United States Code, Section(s) 371.**

KEVIN P. WEIMER
Name of Issuing Officer

s/Cynthia Mercado
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

February 25, 2022 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:  02-25-2022

Date of Arrest:  03-09-2022

Nichdes Worsham S/A
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

F.d: 11392007

AO 442 (12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

RECEIVED
By wires at 2:43 pm, Feb 25, 2022

# COPY

UNITED STATES OF AMERICA,

vs.

**WARRANT FOR ARREST**

CASE NO. 1:21-CR-231-TCB-CMS

CLAY MICHAEL WEIBEL
a/k/a Clayton Weibel

**AGENT TO ARREST**

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest CLAY MICHAEL WEIBEL a/k/a Clayton Weibel and bring
him or her forthwith to the nearest magistrate to answer a(n)

☒ SS Indictment   ❏ Information   ❏ Complaint   ❏ Order of Court   ❏ Violation Notice   ❏ Probation Violation Petition

Charging him or her with (brief description of offense):  Conspiracy to Defraud the United States

in violation of **Title 18, United States Code, Section(s) 371.**

KEVIN P. WEIMER
Name of Issuing Officer

s/Cynthia Merendo
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

February 25, 2022  at  Atlanta, Georgia
Date and Location

Bail Fixed at  $_____

By:_____
        Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:   2/24/2022

Date of Arrest:   3/9/2022

NICHOLAS WORSHAM,  SPECIAL AGENT
Name and Title of Arresting Officer

_____
Signature of Arresting Officer