# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cr-00231-TCB-CMS
### USA v. Lewis et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 07/12/2023.

TIME COURT COMMENCED: 9:16 A.M.
TIME COURT CONCLUDED: 5:20 P.M.
TIME IN COURT: 8:04
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch and Judith Wolf
DEPUTY CLERK: Uzma Wiggins

**DEFENDANT(S):**
[2]Jack Fisher Present at proceedings
[3]James Sinnott Present at proceedings
[6]Clay Michael Weibel Present at proceedings

**ATTORNEY(S) PRESENT:**
Grace Albinson representing USA
Amanda Clark Palmer representing James Sinnott
Russ Ferguson representing Jack Fisher
Ajay Gupta representing Clay Michael Weibel
Christopher Huber representing USA
Michael Ingersoll representing Jack Fisher
Guinevere Moore representing Clay Michael Weibel
Kristen Novay representing James Sinnott
Molly Parmer representing Clay Michael Weibel
Claire Rauscher representing Jack Fisher
Richard Rolwing representing USA
Donald Samuel representing James Sinnott
Nicholas Schilling representing USA
Brett Switzer representing Jack Fisher
Parker Tobin representing USA
Sarah Tuscher representing Clay Michael Weibel

**PROCEEDING CATEGORY:** Jury Trial Began; Voir Dire Begun; Voir Dire Held;

**JURY INFORMATION:** Jury was Sworn. The Rule of Sequestration was not invoked.

**MINUTE TEXT:** Day one: The Court heard from parties regarding pretrial motions. Voir dire; Recess for lunch. Jurors returned. Voir dire continued. Jury selected. Jury sworn. Instructions by the Court. Trial will resume on Monday, July

                                 17th at 9:00 a.m.

TRIAL STATUS:        Jury Selection Only, continued