# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **CASE NO.:** |
| v. | **1:21-CR-00231-TCB-CMS** |
| JACK FISHER | |
| Defendant. | |

## CONSENT ORDER

WHEREAS the responsive materials provided and otherwise made available to Defendant Jack Fisher by JLL Valuation & Advisory Services, LLC ("JLL") contain sensitive information pertaining to individuals and companies, some of whom are not parties to the litigation;

THEREFORE, IT IS HEREBY ORDERED that:

1. Any and all materials and information provided by JLL (hereinafter "Responsive Materials") are to be used by the Defendant and his counsel solely for the purpose of allowing the Defendant to prepare his defense, and that neither the Defendant, defense counsel, nor members of the defense team will disseminate, disclose, or provide anyone who is not necessary to the preparation of the defense.

2. All Responsive Materials provided by JLL, regardless of whether such materials and information have already been produced or will be produced in the

future, shall not be further disseminated by the defendant or his counsel to any individual, organization, or other entity, other than: (1) members of the defense team, *i.e.*, co-counsel, paralegals, investigators, litigation support personnel, the defendant, and secretarial staff; (2) counsel for co-defendants; (2) any experts or consultants retained to assist in the preparation of the defense; and (3) the Court, unless sensitive information identified herein is redacted from such materials and information.

      3.  If Defendant's counsel desires to disclose any Responsive Materials or make available or communicate the content of such materials containing the sensitive information identified herein, to any other person not described in this Order, JLL's counsel must first be so advised and seek to reach an informal resolution of or agreement on the matter.  If an agreement cannot be reached, Defendant's counsel shall apply to the Court for relief from this Order.  However, if Defendant's counsel realizes, in good faith, a document needs to be used during the course of the trial and cannot seek an informal resolution with JLL without delaying trial, Defendant's counsel may apply directly to the Court during the course of the trial.

      4. If Defendant's counsel desires to file any Responsive Materials as attachments to motions and it appears that the Responsive Materials contain information subject to this Order, the Responsive Materials must be filed under seal so as not to reveal sensitive information on the public docket.

5. This ORDER solely governs the Defendant and the defense team's use of documents produced in this action from JLL. This ORDER does not limit the Defendant and defense team's use of documents that they might already possess prior to receiving any responsive materials, or might obtain through other means.

6. This ORDER shall survive the final termination of this action, and that upon termination of this action and, upon the termination of any appeal, counsel for the Defendant shall return all copies of the responsive materials to JLL, or shall certify that said documents have been destroyed.

SO ORDERED THIS 13th day of July 2023.

_____
TIMOTHY C. BATTEN
UNITED STATES DISTRICT COURT JUDGE

Prepared by:

Colin K. Kelly, Esq.
Shook, Hardy & Bacon L.L.P.
ckelly@shb.com

*Counsel for JLL Valuation & Advisory Services, LLC*