# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00231-TCB-CMS
## USA v. Lewis et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held on 07/13/2023.

TIME COURT COMMENCED: 4:02 P.M.
TIME COURT CONCLUDED: 4:26 P.M.
TIME IN COURT: 00:24
OFFICE LOCATION: Atlanta
COURT REPORTER: Shannon Welch
DEPUTY CLERK: Uzma Wiggins

**DEFENDANT(S):**
[2]Jack Fisher NOT Present at proceedings
[3]James Sinnott NOT Present at proceedings
[6]Clay Michael Weibel NOT Present at proceedings

**ATTORNEY(S) PRESENT:**
Amanda Clark Palmer representing James Sinnott
Russ Ferguson representing Jack Fisher
Ajay Gupta representing Clay Michael Weibel
Christopher Huber representing USA
Michael Ingersoll representing Jack Fisher
Jessica Kraft representing USA
Guinevere Moore representing Clay Michael Weibel
Kristen Novay representing James Sinnott
Claire Rauscher representing Jack Fisher
Richard Rolwing representing USA
Donald Samuel representing James Sinnott
Brett Switzer representing Jack Fisher

**PROCEEDING CATEGORY:** In Chambers Conference(Other Proceeding Non-evidentiary);

**MINUTE TEXT:** ZOOM Conference Call: The parties conferred regarding jury matters and when to resume trial. Trial will resume at 8:30 a.m. on Tuesday, July 18th. Juror #27 was dismissed per her request over the Government's objection.

**HEARING STATUS:** Hearing Concluded