# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00231-TCB-CMS
## USA v. Lewis et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 08/11/2023.

TIME COURT COMMENCED: 08:30 A.M.
TIME COURT CONCLUDED: 03:00 P.M.
TIME IN COURT: 5:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
CSO/DUSM: 1 CSO
DEPUTY CLERK: Harry Martin

DEFENDANT(S):
[2] Jack Fisher Present at proceedings
[3] James Sinnott Present at proceedings
[6] Clay Michael Weibel Present at proceedings

ATTORNEY(S) PRESENT:
Grace Albinson representing USA
Brittney Campbell representing USA
Amanda Clark Palmer representing James Sinnott
Russ Ferguson representing Jack Fisher
Ajay Gupta representing Clay Michael Weibel
Michael Ingersoll representing Jack Fisher
Jessica Kraft representing USA
Guinevere Moore representing Clay Michael Weibel
Kristen Novay representing James Sinnott
Molly Parmer representing Clay Michael Weibel
Claire Rauscher representing Jack Fisher
Richard Rolwing representing USA
Donald Samuel representing James Sinnott
Nicholas Schilling representing USA
Brett Switzer representing Jack Fisher
Parker Tobin representing USA

PROCEEDING CATEGORY: Jury Trial Continued;

MINUTE TEXT: Day 19: Government witness Scott Greenhalge cross-examination (Sinnott) continues: SG135, SG136, SG137, SG136A, SG133, SG127, SG128, SG129, SG130 admitted. Greenhalge cross-examination (Weibel). Government re-direct. Government exhibit 22-145 admitted. Re-cross

|  |  |
|---|---|
|  | examination (Fisher). Re-cross examination (Sinnott). Government witness John Reed sworn and testified. Goverment exhibit 3-5, 3-9, 3-17, 38-8, 38-9 admitted. Reed cross-examination (Fisher). Defendant exhibit FR13 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 08:30AM on Monday, August 14, 2023.. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |