# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00231-TCB-CMS
## USA v. Lewis et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 09/20/2023.

TIME COURT COMMENCED: 8:30 A.M.
TIME COURT CONCLUDED: 2:45 P.M.
TIME IN COURT: 6:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch and Judith Wolf
DEPUTY CLERK: Uzma Wiggins

DEFENDANT(S):
[2]Jack Fisher Present at proceedings
[3]James Sinnott Present at proceedings
[6]Clay Michael Weibel Present at proceedings

ATTORNEY(S) PRESENT:
Grace Albinson representing USA
Amanda Clark Palmer representing James Sinnott
Russ Ferguson representing Jack Fisher
Ajay Gupta representing Clay Michael Weibel
Michael Ingersoll representing Jack Fisher
Jessica Kraft representing USA
Guinevere Moore representing Clay Michael Weibel
Kristen Novay representing James Sinnott
Molly Parmer representing Clay Michael Weibel
Claire Rauscher representing Jack Fisher
Richard Rolwing representing USA
Donald Samuel representing James Sinnott
Nicholas Schilling representing USA
Brett Switzer representing Jack Fisher
Parker Tobin representing USA

PROCEEDING CATEGORY:
Jury Trial Continued;

MINUTE TEXT:
Day 42: The jurors began deliberating at 9:32 a.m. The Court held a hearing at 10:11 a.m. regarding continued juror issues. The Defendants renewed their motion for a mistrial. The Court denied their motion. The Court voir dired a juror. Another juror was released. Alternate juror was called in for deliberations. The Court addressed the remaining jurors

regarding the dismissal of juror and instructed them on deliberations. The jury was sent back to begin deliberations. The jurors adjourned for day at 2:45 p.m.

HEARING STATUS:    Hearing not concluded. Court adjourned and will reconvene at 8:30 am tomorrow morning.