# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK FISHER; JAMES SINNOTT; and CLAY MICHAEL WEIBEL,<br><br>Defendants. | CRIMINAL ACTION FILE<br><br>NO. 1:21-cr-231-TCB |

**VERDICT**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 2 2 2023

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**COUNT ONE: Conspiracy to Defraud the United States, 18 U.S.C. § 371**

As to Count One, we, the jury, unanimously find the Defendant Jack Fisher,

\_\_\_\_\_ NOT GUILTY         ✓\_\_\_\_ GUILTY

*If you chose guilty, you must proceed to answer the below:*

As to the Defendant Jack Fisher's guilt, we, the jury, unanimously find that Defendant Jack Fisher conspired to defraud the United States in one or more of the following ways *(check one or both of the following)*:

✓\_\_\_(a) Designing, and using materials for, the syndicated conservation easement transactions to disguise the true nature of the transactions; or (b) Causing the preparation and filing of false and fraudulent fund company, property company, and individual tax returns related to at least one of the syndicated conservation easement transactions; or (c) Using false or backdated documents in the syndicated conservation easement transactions; or (d) Using biased, false, misleading, pre-determined, or inflated appraisals; or (e) Agreeing to submit false or backdated documents to the IRS during civil examinations of the syndicated conservation easement transactions.

✓\_\_\_Engaging in syndicated conservation easement transactions that lacked economic substance.

As to Count One, we, the jury, unanimously find the Defendant James Sinnott,

_____ NOT GUILTY          ✓ GUILTY

*If you chose guilty, you must proceed to answer the below:*

As to the Defendant James Sinnott's guilt, we, the jury, unanimously find that Defendant James Sinnott conspired to defraud the United States in one or more of the following ways *(check one or both of the following)*:

✓ (a) Designing, and using materials for, the syndicated conservation easement transactions to disguise the true nature of the transactions; or (b) Causing the preparation and filing of false and fraudulent fund company, property company, and individual tax returns related to at least one of the syndicated conservation easement transactions; or (c) Using false or backdated documents in the syndicated conservation easement transactions; or (d) Using biased, false, misleading, pre-determined, or inflated appraisals; or (e) Agreeing to submit false or backdated documents to the IRS during civil examinations of the syndicated conservation easement transactions.

✓ Engaging in syndicated conservation easement transactions that lacked economic substance.

As to Count One, we, the jury, unanimously find the Defendant Clay Weibel,

   ✓    NOT GUILTY                _____ GUILTY

## COUNT TWO: Wire Fraud Conspiracy, 18 U.S.C. § 1349

As to Count Two, we, the jury, unanimously find the Defendant Jack Fisher,

\_\_\_\_ NOT GUILTY          ✓ GUILTY

*If you chose guilty, you must proceed to answer the below:*

As to the Defendant Jack Fisher's guilt, we, the jury, unanimously find that Defendant Jack Fisher conspired to devise a scheme to defraud the IRS using wires in one <u>or</u> more of the following ways *(check one or both of the following)*:

✓ (a) Designing, and using materials for, the syndicated conservation easement transactions to disguise the true nature of the transactions; <u>or</u> (b) Causing the preparation and filing of false and fraudulent fund company, property company, and individual tax returns related to at least one of the syndicated conservation easement transactions; <u>or</u> (c) Using false or backdated documents in the syndicated conservation easement transactions; <u>or</u> (d) Using biased, false, misleading, pre-determined, or inflated appraisals; <u>or</u> (e) Agreeing to submit false or backdated documents to the IRS during civil examinations of the syndicated conservation easement transactions.

✓ Engaging in syndicated conservation easement transactions that lacked economic substance.

As to Count Two, we, the jury, unanimously find the Defendant James Sinnott,

\_\_\_\_\_ NOT GUILTY        ✓\_\_\_ GUILTY

*If you chose guilty, you must proceed to answer the below:*

As to the Defendant James Sinnott's guilt, we, the jury, unanimously find that Defendant James Sinnott conspired to devise a scheme to defraud the IRS using wires in one or more of the following ways *(check one or both of the following)*:

✓\_\_\_(a) Designing, and using materials for, the syndicated conservation easement transactions to disguise the true nature of the transactions; or (b) Causing the preparation and filing of false and fraudulent fund company, property company, and individual tax returns related to at least one of the syndicated conservation easement transactions; or (c) Using false or backdated documents in the syndicated conservation easement transactions; or (d) Using biased, false, misleading, pre-determined, or inflated appraisals; or (e) Agreeing to submit false or backdated documents to the IRS during civil examinations of the syndicated conservation easement transactions.

✓\_\_\_Engaging in syndicated conservation easement transactions that lacked economic substance.

As to Count Two, we, the jury, unanimously find the Defendant Clay Weibel,

   ✓    NOT GUILTY            _____ GUILTY

**COUNTS THIRTY-THREE to FORTY-EIGHT: Aiding and Assisting the Filing of False Tax Returns, 26 U.S.C. § 7206(2)**

As to the following counts, we, the jury, unanimously find the following Defendant(s),

Count 33, Jenny's Lane LLC (2015 Form 1065)

    Jack Fisher     \_\_\_\_\_ NOT GUILTY     __✓__ GUILTY

    James Sinnott     \_\_\_\_\_ NOT GUILTY     __✓__ GUILTY

Count 34, NC Whisper Mountain Holdings Ltd. (2015 Form 1065)

    Jack Fisher     \_\_\_\_\_ NOT GUILTY     __✓__ GUILTY

    James Sinnott     \_\_\_\_\_ NOT GUILTY     __✓__ GUILTY

Count 35, Chestatee Holdings Company, LLC (2015 Form 1065)

    Jack Fisher     \_\_\_\_\_ NOT GUILTY     __✓__ GUILTY

    James Sinnott     \_\_\_\_\_ NOT GUILTY     __✓__ GUILTY

Count 36, Sand Investment Co., LLC (2015 Form 1065)

    Jack Fisher     \_\_\_\_\_ NOT GUILTY     __✓__ GUILTY

    James Sinnott     \_\_\_\_\_ NOT GUILTY     __✓__ GUILTY

Count 37, Old Paris Landing Holdings, LLC (2016 Form 1065)

    Jack Fisher      \_\_\_\_ NOT GUILTY    ✓ GUILTY

    James Sinnott    \_\_\_\_ NOT GUILTY    ✓ GUILTY

Count 38, Crimson Independence, LLC (2016 Form 1065)

    Jack Fisher      \_\_\_\_ NOT GUILTY    ✓ GUILTY

    James Sinnott    \_\_\_\_ NOT GUILTY    ✓ GUILTY

Count 39, Hillside Holdings, LLC (2016 Form 1065)

    Jack Fisher      \_\_\_\_ NOT GUILTY    ✓ GUILTY

    James Sinnott    \_\_\_\_ NOT GUILTY    ✓ GUILTY

Count 40, Nautical Hill Holdings, LLC (2016 Form 1065)

    Jack Fisher      \_\_\_\_ NOT GUILTY    ✓ GUILTY

    James Sinnott    \_\_\_\_ NOT GUILTY    ✓ GUILTY

Count 41, Sandlapper Hill, LLC (2017 Form 1065)

    Jack Fisher      \_\_\_\_ NOT GUILTY    ✓ GUILTY

    James Sinnott    \_\_\_\_ NOT GUILTY    ✓ GUILTY

Count 42, Argent TH A, LLC (2017 Form 1065)

    Jack Fisher      _____ NOT GUILTY    __✓__ GUILTY

    James Sinnott    _____ NOT GUILTY    __✓__ GUILTY

Count 43, Figure 8 (Georgia), LLC (2017 Form 1065)

    Jack Fisher      _____ NOT GUILTY    __✓__ GUILTY

    James Sinnott    _____ NOT GUILTY    __✓__ GUILTY

Count 44, Figure 8 (Highlands), LLC (2017 Form 1065)

    Jack Fisher      _____ NOT GUILTY    __✓__ GUILTY

    James Sinnott    _____ NOT GUILTY    __✓__ GUILTY

Count 45, Winnemucca Holdings, LLC (2018 Form 1065)

    Jack Fisher      _____ NOT GUILTY    __✓__ GUILTY

    James Sinnott    _____ NOT GUILTY    __✓__ GUILTY

Count 46, Equity Investment Associates, LLC (2018 Form 1065)

    Jack Fisher      _____ NOT GUILTY    __✓__ GUILTY

    James Sinnott    _____ NOT GUILTY    __✓__ GUILTY

Count 47, Storm Crow, LLC (2018 Form 1065)

    Jack Fisher      _____ NOT GUILTY    __✓__ GUILTY

    James Sinnott    _____ NOT GUILTY    __✓__ GUILTY

Count 48, Bay Creek South, LLC (2019 Form 1065)

    Jack Fisher     \_\_\_\_ NOT GUILTY    ✓ GUILTY

    James Sinnott     \_\_\_\_ NOT GUILTY    ✓ GUILTY

## COUNTS FIFTY-TWO to SIXTY-THREE: Aiding and Assisting the Filing of False Tax Returns, 26 U.S.C. § 7206(2)

As to the following counts, we, the jury, unanimously find the Defendant, Clay Weibel,

Count 52, Jenny's Lane LLC (2015 Form 1065)

✓ NOT GUILTY  \_\_\_\_ GUILTY

Count 53, Sand Investment Co., LLC (2015 Form 1065)

✓ NOT GUILTY  \_\_\_\_ GUILTY

Count 54, Old Paris Landing Holdings, LLC (2016 Form 1065)

✓ NOT GUILTY  \_\_\_\_ GUILTY

Count 55, Crimson Independence, LLC (2016 Form 1065)

✓ NOT GUILTY  \_\_\_\_ GUILTY

Count 56, Hillside Holdings, LLC (2016 Form 1065)

✓ NOT GUILTY  \_\_\_\_ GUILTY

Count 57, Nautical Hill Holdings, LLC (2016 Form 1065)

✓ NOT GUILTY  \_\_\_\_ GUILTY

Count 58, Sandlapper Hill, LLC (2017 Form 1065)
     ✓ NOT GUILTY      GUILTY

Count 59, Argent TH A, LLC (2017 Form 1065)
     ✓ NOT GUILTY      GUILTY

Count 60, Figure 8 (Georgia), LLC (2017 Form 1065)
     ✓ NOT GUILTY      GUILTY

Count 61, Figure 8 (Highlands), LLC (2017 Form 1065)
     ✓ NOT GUILTY      GUILTY

Count 62, Winnemucca Holdings, LLC (2018 Form 1065)
     ✓ NOT GUILTY      GUILTY

Count 63, Storm Crow, LLC (2018 Form 1065)
     ✓ NOT GUILTY      GUILTY

**COUNTS ONE HUNDRED AND THREE to ONE HUNDRED AND SIX: Subscribing to False Tax Returns, 26 U.S.C. § 7206(1)**

As to the following counts, we, the jury, unanimously find the Defendant Jack Fisher,

Count 103 (2017 Form 1040)
\_\_\_\_ NOT GUILTY   \_✓\_ GUILTY

Count 104 (2018 Form 1040)
\_\_\_\_ NOT GUILTY   \_✓\_ GUILTY

Count 105 (2019 Form 1040)
\_\_\_\_ NOT GUILTY   \_✓\_ GUILTY

Count 106 (2020 Form 104)
\_\_\_\_ NOT GUILTY   \_✓\_ GUILTY

**COUNTS ONE HUNDRED AND SEVEN to ONE HUNDRED AND TWELVE: Subscribing to False Tax Returns, 26 U.S.C. § 7206(1)**

As to the following counts, we the jury, unanimously find the Defendant James Sinnott,

Count 107 (2015 Form 1040)
\_\_\_\_\_ NOT GUILTY    ✓ GUILTY

Count 108 (2016 Form 1040)
\_\_\_\_\_ NOT GUILTY    ✓ GUILTY

Count 109 (2017 Form 1040)
\_\_\_\_\_ NOT GUILTY    ✓ GUILTY

Count 110 (2018 Form 1040)
\_\_\_\_\_ NOT GUILTY    ✓ GUILTY

Count 111 (2019 Form 1040)
\_\_\_\_\_ NOT GUILTY    ✓ GUILTY

Count 112 (2020 Form 1040)
\_\_\_\_\_ NOT GUILTY    ✓ GUILTY

## COUNTS ONE HUNDRED AND TWENTY-TWO to ONE HUNDRED AND THIRTY-FIVE: Money Laundering, 18 U.S.C. § 1957 and § 2

As to the following counts, we, the jury, unanimously find the Defendant Jack Fisher,

*A Recreational Vehicle and Trailer*

Count 122 \_\_\_\_ NOT GUILTY  ✓ GUILTY

Count 123 \_\_\_\_ NOT GUILTY  ✓ GUILTY

*A Home in Okatie, South Carolina*

Count 124 \_\_\_\_ NOT GUILTY  ✓ GUILTY

*A Mercedes model GLS 550 4Matic, VIN ending 5577*

Count 125 \_\_\_\_ NOT GUILTY  ✓ GUILTY

*A condominium in Asheville, North Carolina*

Count 126 \_\_\_\_ NOT GUILTY  ✓ GUILTY

Count 127 \_\_\_\_ NOT GUILTY  ✓ GUILTY

*A residence in Bonaire, a Caribbean Island*

Count 128 \_\_\_\_ NOT GUILTY  ✓ GUILTY

*A Home in Roswell, GA*

Count 129 \_\_\_\_ NOT GUILTY  ✓ GUILTY

*A home in Markleeville, California*

Count 130 \_\_\_\_ NOT GUILTY  ✓ GUILTY

*A Model EA 500 Airplane*

Count 131  \_\_\_\_ NOT GUILTY   ✓ GUILTY
Count 132  \_\_\_\_ NOT GUILTY   ✓ GUILTY

*Pay off of a lien for the Non-Easement Portion of Land held in Georgia*

Count 133  \_\_\_\_ NOT GUILTY   ✓ GUILTY
Count 134  \_\_\_\_ NOT GUILTY   ✓ GUILTY

*Lots in Alpine County, California*

Count 135  \_\_\_\_ NOT GUILTY   ✓ GUILTY

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this 22ND day of September, 2023.

Foreperson's Signature: *Torrie S. Jackson*

Foreperson's Printed Name: TORRIE S. JACKSON